# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| : | Criminal Action No. 07-143 (JAG) |
| v. : | |
| : | **ORDER** |
| EMMANUEL JONES, : | |
|     a/k/a "Killer," : | |
|     a/k/a "Killer E," : | |
|     a/k/a "Emo," : | |
| TORIEN BROOKS, : | |
|     a/k/a "B.G.," : | |
|     a/k/a "T-Bird," : | |
| ANTHONY WALKER, : | |
|     a/k/a "Ant," : | |
|     a/k/a "B.I.," : | |
| DAVID ARISTE, : | |
|     a/k/a "D-Brim," and : | |
| MATTHEW TURNER, : | |
|     a/k/a "Blood Money," : | |
| Defendants. : | |

**GREENAWAY, JR., U.S.D.J.**

This matter having come before this Court on the Defendants' motions[1] seeking to maintain the appointment of learned counsel, pursuant to 18 U.S.C. § 3005, and this Court

---

[1] Counsel for Defendants Emmanuel Jones and Torien Brooks each submitted an ex parte petition to this Court seeking to maintain the appointment of learned counsel. (Tr. 4, May 9, 2008.) Counsel for Defendants David Ariste, Anthony Walker, and Matthew Turner joined these motions orally, on the record, on May 9, 2008. (Id. at 6, 8.)

1

having reviewed the parties' submissions; and for the reasons set forth in the accompanying Opinion; and good cause appearing;

IT IS on this 30th day of July, 2008,

ORDERED that the Defendants' motions to maintain the appointment of learned counsel are GRANTED; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

        S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.