UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Criminal No. 07-143 (JAG)

UNITED STATES OF AMERICA v. Torien Brooks, a/k/a "B.G.," "T-Bird"

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Torien Brooks, a/k/a "B.G.," "T-Bird,"** SBI# 348819C, DOB 2/8/1981 is now confined at the Northern State Prison.

2. Said individual will be required at the United States Attorney's Office in Newark, New Jersey, on Wednesday, August 20, 2008, at 11:00 a.m. for a Discovery Conference with AUSA Melissa Jampol in the above captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: August 1, 2008

_____
MELISSA L. JAMPOL
Assistant United States Attorney
Petitioner (973) 645-2735

ORDER FOR WRIT:  Let the Writ Issue.
DATED: 8-11-08

_____
HON. JOSEPH A. GREENAWAY, JR.
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS: The United States of America to

WARDEN OF Northern State Prison, WE COMMAND that you have the body of **Torien Brooks, a/k/a "B.G.," "T-Bird,"** SBI# 348819C, DOB 2/8/1981 now confined in Northern State Prison, brought to the United States Attorney's Office, located in Newark, N.J. on Wednesday, August 13, 2008, at 11:00 a.m. for a Discovery Conference, in the above-captioned matter. The defendant shall remain in federal custody until these proceedings are completed. Immediately on completion of these proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Joseph A. Greenaway, Jr.
United States District Judge at Newark, NJ.

DATED: 8/12/08

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk