UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
| v. | : | Criminal No. 07-143 (JAG) |
| EMMANUEL JONES, et al. | : | <u>COMPLEX CASE ORDER</u> |

This matter having been opened to the Court on the application of defendant EMMANUEL JONES, a/k/a "Killer," a/k/a "Killer E," a/k/a "Emo," (David A. Runke, Esq. and Paul Condon, Esq., appearing), defendant TORIEN BROOKS, a/k/a "B.G.," a/k/a "T-Bird," (Mitchell A. Golub, Esq. and Thomas F.X. Dunn, Esq. appearing), defendant ANTHONY WALKER, a/k/a "Ant," a/k/a "B.I.," (Roy B. Greenman, Esq. and John M. Holliday, Esq. appearing), defendant DAVID ARISTE, a/k/a "D-Brim," (David B. Glazer, Esq. and John E. Tiffany, Esq. appearing), and defendant MATTHEW TURNER, a/k/a "Blood Money" (Michele Ann Adubato, Esq. and Gary Mizzone, Esq. appearing) with Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Melissa L. Jampol and Robert Marasco, Assistant U.S. Attorneys, appearing), the Court makes the following findings for good cause shown:

1. For the reasons set forth below, this case is sufficiently complex such that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within

1

the time limits established by Title 18, United States Code, Section 3161:

    a. the Indictment charges a homicide, as well as separate racketeering activity, including acts involving robbery, attempted murder, and narcotics distribution; accordingly, the gravity and magnitude of this case render it complex;

    b. a trial in this matter is likely to involve a very large number of witnesses and significant amounts of physical evidence, and is likely to be lengthy; accordingly, counsel requires additional time to prepare adequate defenses to the very serious charges in the Indictment; and

    c. due to the nature of the allegations and statutes involved, it is likely there will be substantial pre-trial motions regarding questions of law and fact.

    2. Plea negotiations are currently in progress and both the United States and the defendants desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary.

    3. Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this ___20th___ day of January 2009,

ORDERED that for the reasons set forth above, and with the consent of the attorneys for the defendants, this case is so unusual and so complex, due to the number of defendants (5), the nature of the prosecution (murder and RICO), and the existence of numerous questions of law and fact, that it is unreasonable to expect adequate preparation for pre-trial proceedings and for the potentially lengthy trial itself within the time limits established by Section 3161; and

IT IS FURTHER ORDERED that argument on the Government's motion for an anonymous jury shall be held on March 2, 2009 at 11:00 a.m.; there shall be a status conference regarding voir dire on April 27, 2009; and the trial is scheduled for May 5, 2009; and

IT IS FURTHER ORDERED that the period from the present through May 5, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. JOSEPH A. GREENAWAY, JR
United States District Judge

Paul Condon, Esq.
Attorney for Emmanuel Jones

3

_____
Thomas Dunn, Esq.
Attorney for Torien Brooks



_____
John Holliday, Esq.
Attorney for Anthony Walker



_____
John E. Tiffany, Esq.
Attorney for David Ariste



_____
Gary Mizzone, Esq.
Attorney for Matthew Turner

4

---

Thomas Dunn, Esq.
Attorney for Torien Brooks

*[signature]*
---
John Holliday, Esq.
Attorney for Anthony Walker

---

John E. Tiffany, Esq.
Attorney for David Ariste

---

Gary Mizzone, Esq.
Attorney for Matthew Turner

4

---
Thomas Dunn, Esq.
Attorney for Torien Brooks

---
John Holliday, Esq.
Attorney for Anthony Walker

---
John E. Tiffany, Esq.
Attorney for David Ariste

---
Gary Mizzone, Esq.
Attorney for Matthew Turner

4

_____
Thomas Dunn, Esq.
Attorney for Torien Brooks


_____
John Holliday, Esq.
Attorney for Anthony Walker


_____
John E. Tiffany, Esq.
Attorney for David Ariste


_____
Gary Mizzone, Esq.
Attorney for Matthew Turner

4